In the Matter of ROBERT E. BARNES et al., Respondents, against JAMES M. POWER et al., Constituting the Board of Elections of the City of New York, Respondents, and WILLIAM J. CEDZICH, as a Candidate for the Public Office of President of the Borough of Queens, et al., Appellants.— Order insofar as appealed from unanimously affirmed, without costs. This appeal presents disputed questions of fact and disputed questions of law dependent upon such facts. The court has not been able to pass upon the merits of any of the questions, since the minutes of the lengthy hearing have not been transcribed or been made available. Nor have counsel submitted to this court a stipulation in lieu of the transcript. Under the circumstances, the court ordinarily would dismiss the appeal because of the inadequacy of the appeal record presented. This being an appeal from an order in a proceeding brought pursuant to the Election Law, the court refrains from dismissing the appeal but prefers to affirm the order. Motion for leave to appeal to the Court of Appeals denied. Present — Murphy, Acting P. J., Ughetta, Hallinan and Kleinfeld, JJ.

In the Matter of JULIA ELMAN, Appellant, against ROBERT C. WEAVER, as State Rent Administrator, Respondent.— In a proceeding to review a determination of the State Rent Administrator granting the tenant's protest to an order of a Local Rent Administrator which determined that a housing accommodation was not subject to rent control, the landlord appeals from an order denying the petition and dismissing the proceeding. Respondent, in reversing the order of the Local Rent Administrator, determined that the accommodation was subject to rent control and was not decontrolled pursuant to subdivision 12 of section 9 of the State Rent and Eviction Regulations, inasmuch as it is situated in a four-family dwelling and not in a two-family dwelling. Order unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

In the Matter of LEAH KATZ, Appellant, against TEMPORARY STATE HOUSING RENT COMMISSION, Respondent.— In a proceeding to review a determination of the State Rent Administrator which on protest reversed an order of a Local Rent Administrator and vacated a certificate of eviction, the appeal is from an order denying the petition and dismissing the proceeding. Appellant contends that the State Rent Administrator's determination, which was made on March 10, 1959, is ineffective as not having been made within the 90-day period provided in section 101 of the State Rent and Eviction Regulations. The protest document was mailed on December 8, 1958 and was stamped as having been received on December 10, 1958. Appellant further contends that the State Rent Administrator erred in finding the subject premises to be a three-family house in respect of which a landlord must show good faith and an immediate and compelling necessity, as required by section 55 of the regulations. Order unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.